**FLOYD v. STATE.**

**No. 25877.**

Court of Criminal Appeals of Texas.

June 4, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Driving upon a public highway while intoxicated is the offense, with punishment assessed at a fine of $200.

The record before us does not contain either a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.